# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

___ZAGLOUL E. AYAD___
*Plaintiff*

v.

Civil Action No.:  **1:19−CV−12173−JCB**

___MIDLAND CREDIT MANAGEMENT, INC, ET AL.___
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, California 92123

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) ⎯⎯ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⎯⎯ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Sergei Lemberg

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − **Danielle Kelly**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2019−10−22 13:44:56.0, Clerk USDC DMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-12173-JCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MIDLAND CREDIT MANAGEMENT, INC. was received by me on *(date)* Nov 6, 2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jim DiVincenzo, Process Specialist , who is designated by law to accept service of process on behalf of *(name of organization)* CORPORATION SERVICE COMPANY, REGISTERED AGENT FOR MIDLAND CREDIT MANAGEMENT, INC. on *(date)* Thu, Nov 07 2019 @ 2:43 P.M. ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: November 7, 2019

*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 7, 2019, 2:43 pm EST at 84 STATE ST, BOSTON, MA 02109-2200 received by Jim DiVincenzo, Process Specialist .

**Documents Served:** ISSUED SUMMONS; COMPLAINT; CIVIL COVER SHEET; FILING FORM; AND NOTICE.